# EXHIBIT B

## **EXHIBIT B**

As stated in Defendant Marmaxx Operating Corp.'s Notice of Removal, Defendant attaches certified copies of the following documents:

1.      Plaintiff's Original Petition, filed May 11, 2021;

2.      Request for Issuance of Service to TJX Companies, Inc. d/b/a Marshalls, filed May 11, 2021;

3.      Plaintiff's First Amended Petition, filed November 4, 2021;

4.      Request for Issuance of Service to TJX Companies, Inc. d/b/a Marshalls by serving through the Texas Secretary of State, filed November 4, 2021;

5.      Affidavit of Service – Certified Mail on TJX Companies Inc. (d/b/a Marshalls) – Texas Secretary of State, filed November 8, 2021;

6.      Request for Issuance of Service on TJX Companies, Inc. d/b/a Marshalls by serving through the Texas Secretary of State, filed November 19, 2021;

7.      Affidavit of Service – Certified Mail on TJX Companies, Inc. (d/b/a Marshalls) – Texas Secretary of State, filed December 14, 2021; and

8.      Original Answer of Defendant Marmaxx Operating Corp. incorrectly named as The TJX Companies, Inc., filed January 3, 2022.

5/11/2021 2:50 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 53330173
By: Joshua Hall
Filed: 5/11/2021 2:50 PM

CAUSE NO._____

| | | |
|---|---|---|
| BERTHA F. OROSCO | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE TJX COMPANIES, INC. d/b/a | § | |
| MARSHALLS | § | |
| | § | |
| *Defendant.* | § | _____th JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION & REQUEST FOR DISCLOSURE

Plaintiff Bertha F. Orosco (hereinafter referred to as "Plaintiff") complains of Defendant TJX Companies, Inc., d/b/a Marshalls (hereinafter referred to as "Defendant") and would respectfully show the Court the following:

## I.
## Discovery Control Plan

1.      Plaintiff intends that discovery be conducted under Level 2. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, and affirmatively pleads that she seeks monetary relief over $250,000.00, but no more than $1,000,000.00, at this time. Plaintiff reserves the right to amend this damage calculation as discovery progresses. Plaintiff makes this damage calculation at this time pursuant to Texas Rule of Civil Procedure 47.

## II.
## Parties and Service

2.      Plaintiff Bertha F. Orosco is a resident citizen of Texas.

3.      TJX Companies, Inc. d/b/a Marshalls is a business entity conducting business throughout the state of Texas. It may be served by and through their registered agent at 400 North St. Paul Street, Dallas, Texas 75201.

Certified Document Number: 95779858 - Page 1 of 6

4.     To the extent that Defendant is conducting business relevant to the allegations made the basis of this suit under a trade name, assumed name, unincorporated association or entity, private corporation, partnership, or other business name, notice is hereby given that this suit is further brought against such entities as allowable by law and that appearance and answer be made under such name pursuant to TEX. R. CIV. P. 28.

5.     In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification," "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice. Plaintiff reserves the right to amend the true names of the parties pursuant to the Texas Rules of Civil Procedure.

## III.
## Jurisdiction and Venue

6.     The subject matter in controversy is within the jurisdictional limits of this court.

7.     This Court has jurisdiction and venue is proper under Section 15.002 of the Texas Civil Practice and Remedies Code because all or a majority of the events, acts, or omissions which form the basis of this cause of action occurred in Harris County, Texas. Plaintiff seeks damages in excess of $250,000.00 but no more than $1,000,000.00.

## IV.
## Facts

8.     This lawsuit is necessary as a result of personal injuries Plaintiff suffered on or about June 11, 2020. On that day Plaintiff was shopping for furniture at Marshalls (hereinafter referred to as "Defendant's premises") located on 4440 North Freeway, Houston, Texas 77022. A sales associate was assisting her in her selection and pointed to a specific chair that was on display,

Certified Document Number: 95779858 - Page 2 of 6

telling Ms. Orosco to try it out. When Ms. Orosco sat down, two of the legs fell off the display

chair and she fell over. As a direct result of Defendant's negligence, Plaintiff has suffered severe

personal injuries for which she now brings this action.

9.      At all relevant times Defendant had actual and/or constructive knowledge of an

unreasonably dangerous condition on its property yet did nothing to remedy or otherwise warn

Plaintiff of the dangerous condition. The dangerous condition and Defendant's negligence caused

Plaintiff's injuries and damages.

## V.
## Negligence of Defendant TJX Companies, Inc.

10.     The conduct of Defendant, and that of Defendant's officers, agents, servants,

employees, vice-principals, and/or representatives, constituted negligence as that term is

understood in law and such conduct was the proximate cause of the occurrence made the basis of

this lawsuit.

11.     At the time and on the occasion in question, Defendant owed duties to Plaintiff,

including but not limited to the following, and, by various acts and omissions, breached these

duties, each of which singularly or in combination, was a proximate cause of the occurrence in

question:

- In failing to maintain Defendant's premises in a reasonably safe manner;

- In failing to warn Plaintiff of the unreasonably dangerous condition at Defendant's premises;

- In failing to properly train its employees on how to eliminate and warn against unreasonable dangerous conditions on Defendant's premises;

- In failing to properly supervise its employees in their maintenance of common areas on Defendant's premises;

- In creating or causing the dangerous condition;

Certified Document Number: 95779858 - Page 3 of 6

- •     In failing to inspect the area in a proper and timely manner; and

- •     Other acts and/or omissions so deemed negligent.

12.     Plaintiff would show that such negligence proximately caused damages to Plaintiff as more fully described below.

13.     At the time of the incident in question, Defendant controlled the exact premises in question where the incident took place. Defendant owed and assumed a duty to provide reasonably safe premises to its invitees, such as Plaintiff. The condition of the common area posed an unreasonable risk of harm. Specifically, Defendant breached its duty of ordinary care by failing to adequately warn Plaintiff and by failing to make the unreasonably dangerous condition reasonably safe. Defendant's failure to exercise reasonable care proximately caused the incident in question and resulting damages to Plaintiff.

## VI.
## Respondeat Superior

14.     Plaintiff states that at the time of the occurrence made the basis of this suit, the individuals responsible for the upkeep of Defendant's premises were acting in their capacity as agents, servants, vice-principals, representatives and/or employees of Defendant and were acting within the course and scope of their authority as such. Therefore, the doctrine of *Respondeat Superior* should be applied to Defendant and Defendant should be vicariously responsible for the acts and omissions of its agents, employees, servants, and/or vice-principals.

## VII.
## Damages

15.     As a result of these occurrences, Plaintiff sustained injuries to her body which resulted in physical pain, mental anguish, and other medical problems. Plaintiff will show that she

4

Certified Document Number: 95779858 - Page 4 of 6

has sustained severe pain, physical impairment, discomfort, mental anguish, disfigurement, and distress, and that in all reasonable probability, such physical pain, physical impairment, discomfort, mental anguish, disfigurement, and distress will continue indefinitely. Plaintiff suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with her injuries.

## VIII.
## Request for Disclosure

16.     Pursuant to Texas Rule of Civil Procedure 194, each Defendant is required to disclose, within thirty (30) days after the filing of the first answer, the information or material described in Rule 194.2(b)1-12. Any Defendant that is first served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## IX.
## Jury Demand

17.     Plaintiff hereby demands a trial by jury.

## X.
## Prayer

Plaintiff prays that this citation be issued and served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff have judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, in excess of $250,000.00, plus pre-judgment and post-judgment interests, all

Certified Document Number: 95779858 - Page 5 of 6

5

costs of Court, actual and consequential damages allowed by law, exemplary damages, and all such other and further relief, to which she may show herself justly entitled.

Respectfully submitted,

**TILTON & TILTON LLP**

*/s/: Bradley W. Tilton II*

Bradley W. Tilton II
Texas State Bar No. 24035538
E-Mail: Btilton@tiltonlawfirm.com
River Oaks Tower
3730 Kirby Drive, Suite 1020
Houston, Texas 77098
Telephone: (713) 774-8600
Facsimile: (713) 222-2124

**ATTORNEY FOR PLAINTIFF**

Certified Document Number: 95779858 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 10, 2022

Certified Document Number:        95779858 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

5/11/2021 2:50:36 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 53330173
By: HALL, JOSHUA E
Filed: 5/11/2021 2:50:36 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:**  Plaintiff's Original Petition & Request for Disclosure

**FILE DATE:** 05/11/2021 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**  TJX Companies, Inc. d/b/a Marshalls

Address of Service:  400 North St. Paul Street

City, State & Zip: Dallas, Texas 75201

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- ☑ **Citation**   ☐ **Citation by Posting**   ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service**
- ☐ **Citation Scire Facias**   Newspaper_____
- ☐ **Temporary Restraining Order**   ☐ **Precept**   ☐ **Notice**
- ☐ **Protective Order**
- ☐ **Secretary of State Citation ($12.00)**   ☐ **Capias** (not by E-Issuance)   ☐ **Attachment** (not by E-Issuance)
- ☐ **Certiorari**   ☐ **Highway Commission ($12.00)**
- ☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**
- ☐ **Habeas Corpus** (not by E-Issuance)   ☐ **Injunction**   ☐ **Sequestration**
- ☐ **Subpoena**
- ☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- ☐ **ATTORNEY PICK-UP (phone)** _____   ☑ **E-Issuance by District Clerk**
- ☐ **MAIL to attorney  at:** _____   **(No Service Copy Fees Charged)**
- ☐ **CONSTABLE**
- ☐ **CERTIFIED MAIL by District Clerk**   *Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

- ☑ **OTHER,** *explain*   PLEASE EMAIL CITATION TO JMANRIQUEZ@TILTONLAWFIRM.COM

**Issuance of Service Requested By:** Attorney/Party Name:  Bradley W. Tilton, II   Bar # or ID  24035538

Mailing Address: 3730 Kirby Dr., Ste. 1020, Houston, Texas 77098

Phone Number: 713-774-8600

Certified Document Number: 95779859 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 10, 2022

Certified Document Number:        95779859 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

11/4/2021 8:55 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 58842751
By: Lisa Thomas
Filed: 11/4/2021 8:55 AM

CAUSE NO. 2021-28199

| | | |
|---|---|---|
| BERTHA F. OROSCO | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE TJX COMPANIES, INC. d/b/a | § | |
| MARSHALLS | § | |
| | § | |
| *Defendant.* | § | <u>165th</u> JUDICIAL DISTRICT |

## <u>PLAINTIFF'S FIRST AMENDED PETITION</u>

Plaintiff Bertha F. Orosco (hereinafter referred to as "Plaintiff") complains of Defendant TJX Companies, Inc., d/b/a Marshalls (hereinafter referred to as "Defendant") and would respectfully show the Court the following:

### I.
### <u>Discovery Control Plan</u>

1.  Plaintiff intends that discovery be conducted under Level 2. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, and affirmatively pleads that she seeks monetary relief over $250,000.00, but no more than $1,000,000.00, at this time. Plaintiff reserves the right to amend this damage calculation as discovery progresses. Plaintiff makes this damage calculation at this time pursuant to Texas Rule of Civil Procedure 47.

### II.
### <u>Parties and Service</u>

2.  Plaintiff Bertha F. Orosco is a resident citizen of Texas.

3.  Defendant The TJX Companies, Inc. d/b/a Marshalls, is a Delaware corporation which does not maintain a registered agent in Texas. Pursuant to Section 5.251(1)(A) of the Texas Business Code, this Defendant may be served with process through the Secretary of State Service

Certified Document Number: 9878192 - Page 1 of 7

by delivering to the Secretary of State duplicate copies of the process and paying the required fee. The The TJX Companies, Inc. d/b/a Marshalls's coprorate address is: 770 Cochituate Road, Framingham, Massachusetts, 01701. Service on this Defendant is hereby requested at this time.

4.      To the extent that Defendant is conducting business relevant to the allegations made the basis of this suit under a trade name, assumed name, unincorporated association or entity, private corporation, partnership, or other business name, notice is hereby given that this suit is further brought against such entities as allowable by law and that appearance and answer be made under such name pursuant to TEX. R. CIV. P. 28.

5.      In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification," "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice. Plaintiff reserves the right to amend the true names of the parties pursuant to the Texas Rules of Civil Procedure.

## III.
## Jurisdiction and Venue

6.      The subject matter in controversy is within the jurisdictional limits of this court.

7.      This Court has jurisdiction and venue is proper under Section 15.002 of the Texas Civil Practice and Remedies Code because all or a majority of the events, acts, or omissions which form the basis of this cause of action occurred in Harris County, Texas. Plaintiff seeks damages in excess of $250,000.00 but no more than $1,000,000.00.

## IV.
## Facts

8.      This lawsuit is necessary as a result of personal injuries Plaintiff suffered on or about June 11, 2020. On that day Plaintiff was shopping for furniture at Marshalls (hereinafter

Certified Document Number: 9781929 - Page 2 of 7

referred to as "Defendant's premises") located on 4440 North Freeway, Houston, Texas 77022. A sales associate was assisting her in her selection and pointed to a specific chair that was on display, telling Ms. Orosco to try it out. When Ms. Orosco sat down, two of the legs fell off the display chair and she fell over. As a direct result of Defendant's negligence, Plaintiff has suffered severe personal injuries for which she now brings this action.

9.      At all relevant times Defendant had actual and/or constructive knowledge of an unreasonably dangerous condition on its property yet did nothing to remedy or otherwise warn Plaintiff of the dangerous condition. The dangerous condition and Defendant's negligence caused Plaintiff's injuries and damages.

**V.**
**Negligence of Defendant TJX Companies, Inc.**

10.      The conduct of Defendant, and that of Defendant's officers, agents, servants, employees, vice-principals, and/or representatives, constituted negligence as that term is understood in law and such conduct was the proximate cause of the occurrence made the basis of this lawsuit.

11.      At the time and on the occasion in question, Defendant owed duties to Plaintiff, including but not limited to the following, and, by various acts and omissions, breached these duties, each of which singularly or in combination, was a proximate cause of the occurrence in question:

- In failing to maintain Defendant's premises in a reasonably safe manner;

- In failing to warn Plaintiff of the unreasonably dangerous condition at Defendant's premises;

- In failing to properly train its employees on how to eliminate and warn against unreasonable dangerous conditions on Defendant's premises;

- In failing to properly supervise its employees in their maintenance of common areas on Defendant's premises;

- In creating or causing the dangerous condition;

- In failing to inspect the area in a proper and timely manner; and

- Other acts and/or omissions so deemed negligent.

12.     Plaintiff would show that such negligence proximately caused damages to Plaintiff as more fully described below.

13.     At the time of the incident in question, Defendant controlled the exact premises in question where the incident took place. Defendant owed and assumed a duty to provide reasonably safe premises to its invitees, such as Plaintiff. The condition of the common area posed an unreasonable risk of harm. Specifically, Defendant breached its duty of ordinary care by failing to adequately warn Plaintiff and by failing to make the unreasonably dangerous condition reasonably safe. Defendant's failure to exercise reasonable care proximately caused the incident in question and resulting damages to Plaintiff.

## VI.
## Respondeat Superior

14.     Plaintiff states that at the time of the occurrence made the basis of this suit, the individuals responsible for the upkeep of Defendant's premises were acting in their capacity as agents, servants, vice-principals, representatives and/or employees of Defendant and were acting within the course and scope of their authority as such. Therefore, the doctrine of *Respondeat Superior* should be applied to Defendant and Defendant should be vicariously responsible for the acts and omissions of its agents, employees, servants, and/or vice-principals. \

Certified Document Number: 9781929 - Page 4 of 7

## VII.
## Damages

15.     As a result of these occurrences, Plaintiff sustained injuries to her body which resulted in physical pain, mental anguish, and other medical problems. Plaintiff will show that she has sustained severe pain, physical impairment, discomfort, mental anguish, disfigurement, and distress, and that in all reasonable probability, such physical pain, physical impairment, discomfort, mental anguish, disfigurement, and distress will continue indefinitely. Plaintiff suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with her injuries.

## VIII.
## Required Disclosures

16.     Pursuant to Rule 194(a) of the Texas Rules of Civil Procedure, Defendant must disclose, within **thirty (30) days** of filing an answer, the information or materials described in Rule 194.2(b)1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## IX.
## Jury Demand

17.     Plaintiff hereby demands a trial by jury.

## X.
## Prayer

Plaintiff prays that this citation be issued and served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff have judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, in excess of $250,000.00, plus pre-judgment and post-judgment interests, all

Certified Document Number: 9878I929 - Page 5 of 7

costs of Court, actual and consequential damages allowed by law, exemplary damages, and all such other and further relief, to which she may show herself justly entitled.

Respectfully submitted,

**TILTON & TILTON LLP**

*/s/ Jessica Razo*

Jessica Razo
Texas State Bar No. 24115722
E-Mail: JRazo@tiltonlawfirm.com
Bradley W. Tilton II.
State Bar No. 24035538
E-Mail: BTilton@tiltonlawfirm.com
River Oaks Tower
3730 Kirby Drive, Suite 1020
Houston, Texas 77098
Telephone: (713) 774-8600
Facsimile: (713) 222-2124

**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 9878 1929 - Page 6 of 7

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 58842751
Status as of 11/4/2021 10:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Tilton | | btilton@tiltonlawfirm.com | 11/4/2021 8:55:59 AM | SENT |
| Jackie Manriquez | | jmanriquez@tiltonlawfirm.com | 11/4/2021 8:55:59 AM | SENT |
| Jessica Razo | | jrazo@tiltonlawfirm.com | 11/4/2021 8:55:59 AM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 10, 2022

Certified Document Number:          98781929 Total Pages:  7

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

**11/4/2021 8:55:59 AM**
**Marilyn Burgess - District Clerk**
**Harris County**
**Envelope No: 58842751**
**By: THOMAS, LISA E**
**Filed: 11/4/2021 8:55:59 AM**

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2021-28199                    **CURRENT COURT:** 165th Harris County

**Name(s) of Documents to be served:** PLAINTIFF'S FIRST AMENDED PETITION

**FILE DATE:** 11/04/2021 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** TJX Companies, Inc. d/b/a Marshalls by serving through the Texas Secretary of State

Address of Service: P.O Box 12079, Austin Tx 78711

City, State & Zip: _____

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☐ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |

☐ **Citation Scire Facias**    Newspaper_____

☐ **Temporary Restraining Order**    ☐ **Precept**      ☐ **Notice**

☐ **Protective Order**

☑ **Secretary of State Citation ($12.00)**    ☐ **Capias** (not by E-Issuance)    ☐ **Attachment** (not by E-Issuance)

☐ **Certiorari**    ☐ **Highway Commission ($12.00)**

☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**

☐ **Habeas Corpus** (not by E-Issuance)    ☐ **Injunction**    ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☑ **E-Issuance by District Clerk**
☐ **MAIL to attorney at:** _____    **(No Service Copy Fees Charged)**
☐ **CONSTABLE**    *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**    used to retrieve the E-Issuance Service Documents.
   Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Jessica Razo    Bar # or ID 24115722

Mailing Address: 3730 Kirby Dr., Ste. 1020, Houston, Texas 77098

Phone Number: 713-774-8600

Certified Document Number: 98781930 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 10, 2022

Certified Document Number:        98781930 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

11/18/2021 10:43 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 59284791
By: Alan Robledo
Filed: 11/18/2021 10:43 AM

CAUSE NO. 202128199

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 911954
TRACKING #: 73935478

EML

Plaintiff: OROSCO, BERTHA F

vs.

Defendant: TJX COMPANIES INC (DBA MARSHALLS)

In The 165th
Judicial District Court of
Harris County, Texas

Houston, Texas

## CITATION – NON RESIDENT

THE STATE OF TEXAS
County of Harris

To:     TJX COMPANIES INC (D/B/A MARSHALLS) SERVING THROUGH THE TEXAS SECRETARY
OF STATE
P O BOX 12079 AUSTIN TX 78701
FORWARD TO:
        770 COCHITUATE ROAD
        FRAMINGHAM MA

        Attached is a copy of: PLAINTIFFS FIRST AMENDED PETITION

This instrument was filed on 11/4/2021 12:00:00 AM, in the above cited cause number and court. The instrument
attached describes the claim against you.

        **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your attorney do not file a written
answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration
date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In
addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other
parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with
the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on  November 4, 2021, under my hand and seal of said court.



Issued at the request of:
Razo, Jessica
3730 Kirby Dr. 1020
Houston, TX  77098
832-280-9106

Bar Number: 24115722

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: LISA THOMAS

EML

Tracking Number: 73935478

### CAUSE NUMBER: 202128199

PLAINTIFF: OROSCO, BERTHA F

vs.

DEFENDANT: TJX COMPANIES INC (DBA MARSHALLS)

In the 165th
Judicial District Court of
Harris County, Texas

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____. Executed at

(Address)_____

_____ in _____ County at o'clock ___. M. On the _____ day of _____, 20 _____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20__.

Fees $_____

_____
Affiant

By_____
Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20___.

**AFFIDAVIT
ATTACHED**

_____
Notary Public

CAUSE NO. <u>2021-28199</u>

| | | |
|---|---|---|
| BERTHA F. OROSCO | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| THE TJX COMPANIES, INC D/B/A MARSHALLS | § | |
| Defendant. | § | JUDICIAL DISTRICT COURT 165TH |

## <u>AFFIDAVIT OF SERVICE - CERTIFIED MAIL</u>

On this day personally appeared **Khang Le** who, being by me duly sworn, deposed and said:

"The following came to hand on **November 5, 2021, 9:00 am,**

### CITATION - PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE,

1. On November 8, 2021 at 9:56 am, I mailed by **CERTIFIED MAIL RETURN RECEIPT REQUESTED** a true and correct copy of the above documents to TJX COMPANIES INC (D/B/A MARSHALLS) - TEXAS SECRETARY OF STATE at COMPANY: P O BOX 12079, AUSTIN, TEXAS 78701.

2. The above documents were delivered on November 12, 2021 at 8:21 am.

3. See attached certified mail receipt (form 3800), USPS receipt, print out USPS tracking information, and green card (form 3811).

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

Khang Le
Certification Number: PSC-0772
Certification Expiration: March 31, 2022

**BEFORE ME,** a Notary Public, on this day personally appeared **Khang Le**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  November 17, 2021

_____
Notary Public, State of Texas

SUSAN LE
NOTARY PUBLIC
STATE OF TEXAS
ID 124239460
EXP. 07-21-2022

Certified Document Number: 99015778 - Page 3 of 6



Certified Document Number: 99015778 - Page 4 of 6

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Austin, TX 78711

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.75 | |
| $ | $3.05 | 0059 |
| Extra Services & Fees (check box, add fee as appropriate) | | 05 |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.98 | 11/08/2021 |
| Total Postage and Fees | $7.78 | |
| $ | | |

Sent To TJX COMPANIES INC (D/B/A MARSHALLS) TEXAS SECRETARY
Street and Apt. No., or PO Box No. PO BOX 12079
City, State, ZIP+4 AUSTIN TEXAS 78701

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 2450 0001 3130 9926

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
TJX COMPANIES INC (D/B/A MARSHALLS)
TEXAS SECRETARY OF STATE
PO BOX 12079
AUSTIN TEXAS 78701

9590 9402 6537 1028 4909 19

2. Article Number (Transfer from service label)
7020 2450 0001 3130 9926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)   Date of Delivery
TX COVID NOV 12 2021

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

## UNITED STATES POSTAL SERVICE®

WILLOW PLACE
12955 WILLOW PLACE DR W
HOUSTON, TX 77070-9998
(800)275-8777

11/08/2021                          09:56 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.98 |
| Austin, TX 78711 | | | |
| Weight: 0 lb 2.70 oz | | | |
| Estimated Delivery Date | | | |
| Fri 11/12/2021 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70202450000131309926 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 6537 1028 4909 19 | | | |
| Total | | | $7.78 |

Grand Total:                        $7.78

Credit Card Remitted                $7.78
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX1971
  Approval #: 00282E
  Transaction #: 825
  AID: A0000000041010
  AL: MASTERCARD                    Chip
  PIN: Not Required

************************************
USPS is experiencing unprecedented volume
  increases and limited employee
  availability due to the impacts of
COVID-19. We appreciate your patience.
************************************

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70202450000131309926

Remove ✕

Your item was delivered at 8:21 am on November 12, 2021 in AUSTIN, TX 78711.

## ✓ Delivered

November 12, 2021 at 8:21 am
AUSTIN, TX 78711

Get Updates ⌄

Text & Email Updates                                                    ⌄

Tracking History                                                         ⌄

Product Information                                                      ⌄

See Less ⌃

Certified Document Number: 99015778 - Page 5 of 6

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70202450000131309926

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Manriquez on behalf of Bradley Tilton, II
Bar No. 24035538
jmanriquez@tiltonlawfirm.com
Envelope ID: 59284791
Status as of 11/18/2021 10:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Tilton | | btilton@tiltonlawfirm.com | 11/18/2021 10:43:16 AM | SENT |
| Jackie Manriquez | | jmanriquez@tiltonlawfirm.com | 11/18/2021 10:43:16 AM | SENT |
| Jessica Razo | | jrazo@tiltonlawfirm.com | 11/18/2021 10:43:16 AM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 10, 2022


Certified Document Number:        99015778 Total Pages:  6


Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

11/19/2021 1:50 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 59339774
By: Adiliani Solis
Filed: 11/19/2021 1:50 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2021-28199          **CURRENT COURT:** 165th Harris County

**Name(s) of Documents to be served:** PLAINTIFF'S FIRST AMENDED PETITION

**FILE DATE:** 11/04/2021          Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**  TJX Companies, Inc. d/b/a Marshalls by serving through the Texas Secretary of State

Address of Service:  770 Cochituate Road, Framingham, MA 01701

City, State & Zip:

Agent (if applicable)

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [ ] **Citation**  [ ] **Citation by Posting**  [ ] **Citation by Publication**  [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    **Newspaper**
- [ ] **Temporary Restraining Order**  [ ] **Precept**  [ ] **Notice**
- [ ] **Protective Order**
- [x] **Secretary of State Citation ($12.00)**  [ ] **Capias** (not by E-Issuance)  [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**  [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**  [ ] **Hague Convention ($16.00)**  [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)  [ ] **Injunction**  [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)**

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)**          [x] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney  at:**          **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**          *Note*: The email registered with EfileTexas.gov must be
- [ ] **CERTIFIED MAIL by District Clerk**          used to retrieve the E-Issuance Service Documents.
          Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:          Phone:

- [ ] **OTHER,** *explain*

**Issuance of Service Requested By:** Attorney/Party Name:  Jessica Razo          Bar # or ID  24115722

Mailing Address: 3730 Kirby Dr., Ste. 1020, Houston, Texas 77098

Phone Number: 713-774-8600

Certified Document Number: 99047129 - Page 1 of 2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jackie Manriquez on behalf of Bradley Tilton, II
Bar No. 24035538
jmanriquez@tiltonlawfirm.com
Envelope ID: 59339774
Status as of 11/19/2021 2:33 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Tilton | | btilton@tiltonlawfirm.com | 11/19/2021 1:50:52 PM | SENT |
| Jackie Manriquez | | jmanriquez@tiltonlawfirm.com | 11/19/2021 1:50:52 PM | SENT |
| Jessica Razo | | jrazo@tiltonlawfirm.com | 11/19/2021 1:50:52 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 10, 2022

Certified Document Number:        99047129 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

12/14/2021 9:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 59990841
By: jessica stanton
Filed: 12/14/2021 9:00 AM

CAUSE NO. 202128199

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO. 907455
TRACKING NO: 73941848 EML

Plaintiff:
OROSCO, BERTHA F                                    In The 165th Judicial District
vs.                                                 Court of Harris County, Texas
Defendant:
TJX COMPANIES INC (DBA MARSHALLS)                   Houston, Texas

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To:    TJX COMPANIES INC (D/B/A MARSHALLS) SERVING THROUGH THE TEXAS SECRETARY OF STATE P
       O BOX 12079 AUSTIN TX 78701
FORWARD TO:
       770 COCHITUATE ROAD , FRAMINGHAM MA 01701

       Attached is a copy of PLAINTIFF'S FIRST AMENDED PETITION.

This instrument was filed on November 4, 2021 in the above cited cause number and court. The instrument attached
describes the claim against you.

       YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with
the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 30 days after
you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer
with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally
must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
       This citation was issued on November 22, 2021, under my hand and seal of said court.

Issued at the request of:                                           Marilyn Burgess
Razo, Jessica                                   Marilyn Burgess, District Clerk
3730 Kirby Dr., STE. 1020                                           Harris County, Texas
Houston, TX 77098                                                   201 Caroline, Houston Texas 77002
713-774-8600                                                        (PO Box 4651, Houston, Texas 77210)
Bar Number 24115722

                                    Generated By: ADILIANI SOLIS

Certified Document Number: 99412262 - Page 1 of 6

Tracking Number: 73941848 EML

CAUSE NUMBER: 202128199

PLAINTIFF: OROSCO, BERTHA F

vs.

DEFENDANT: TJX COMPANIES INC (DBA MARSHALLS)

In the 165th

Judicial District Court of

Harris County, Texas

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M. on the _____ day of _____, 20_____. Executed at Address)_____ in _____ County at o'clock ___.M. on the _____ day of _____, 20_____, by Summoning the _____ Delivering to _____in person a corporation  By leaving in the principal office during office hours_____ of the said_____ a true copy of this notice, together with accompanying copy of _____To certify which I affix my hand officially this _____day of _____, 20___.

Fees $_____

_____
                    Affiant

By_____
                                                                    Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__

_____
Notary Public

**AFFIDAVIT ATTACHED**

## CAUSE NO. 2021-28199

| | | |
|---|---|---|
| BERTHA F. OROSCO | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TJX COMPANIES, INC (D/B/A MARSHALLS) | § | |
| Defendant. | § | JUDICIAL DISTRICT COURT 165TH |

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Khang Le** who, being by me duly sworn, deposed and said:

"The following came to hand on **November 22, 2021, 11:00 am,**

#### CITATION - PLAINTIFF'S FIRST AMENDED PETITION,

1. On November 23, 2021 at 9:24 am, I mailed by **CERTIFIED MAIL RETURN RECEIPT REQUESTED** a true and correct copy of the above documents to TJX COMPANIES, INC (D/B/A MARSHALLS) - TEXAS SECRETARY OF STATE at COMPANY: P O BOX 12079, AUSTIN, TEXAS 78701.

2. The above documents were delivered on November 30, 2021 at 6:28 am.

3. See attached certified mail receipt (form 3800), USPS receipt, print out USPS tracking information, and green card (form 3811).

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Khang Le
Certification Number: PSC-0772
Certification Expiration: March 31, 2022

**BEFORE ME**, a Notary Public, on this day personally appeared **Khang Le**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON _December 13, 2021_

Notary Public, State of Texas

SUSAN LE
NOTARY PUBLIC
STATE OF TEXAS
ID: 124239440
EXP. 07-21-2022

Certified Document Number: 99412262 - Page 4 of 6

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Austin, TX 78711

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee $3.75 | $3.05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | NOV 23 2021 |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | 11/23/2021 |
| Postage $0.98 | |
| Total Postage and Fees $ .78 | |

Sent To TJX COMPANIES INC (D/B/A MARSHALLS) TEXAS SECRETARY OF
Street and Apt. No., or PO Box No. PO BOX 12079
City, State, ZIP+4® AUSTIN, TEXAS 78701

7020 2450 0001 3130 9964
0059   05

WILLOW PLACE BRANCH

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TJX COMPANIES, INC (D/B/A MARSHALLS)
TEXAS SECRETARY OF STATE
PO BOX 12079
AUSTIN, TEXAS 78741

Comptroller Mail    NOV 30 2021

9590 9402 6537 1028 4909 33

2. Article Number (Transfer from service label)
7020 2450 0001 3130 9964

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2020 PSN 7530-02-000-9053

---



**UNITED STATES POSTAL SERVICE.**

WILLOW PLACE
12955 WILLOW PLACE DR W
HOUSTON, TX 77070-9998
(800)275-8777

11/23/2021                           09:24 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail® Letter | 1 | | $0.98 |
| Austin, TX 78711 | | | |
| Weight: 0 lb 2.70 oz | | | |
| Estimated Delivery Date | | | |
| Mon 11/29/2021 | | | |
| Certified Mail® | | | $3 |
| Tracking #: | | | |
| 70202450000131309964 | | | |
| Return Receipt | | | $3 |
| Tracking #: | | | |
| 9590 9402 6537 1028 4909 33 | | | |
| Total | | | $7 |

Grand Total:                            $7.?

Credit Card Remitted                    $7.?
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX1971
  Approval #: 09379E
  Transaction #: 033
  AID: A0000000041010          Chip
  AL: MASTERCARD
  PIN: Not Required

************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intr

**Tracking Number:** 70202450000131309964

Remove ✕

Your item has been delivered and is available at a PO Box at 6:28 am on November 30, 2021
in AUSTIN, TX 78711.

## ⊘ Delivered, PO Box

November 30, 2021 at 6:28 am
AUSTIN, TX 78711

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70202450000131309964

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jackie Manriquez on behalf of Bradley Tilton, II
Bar No. 24035538
jmanriquez@tiltonlawfirm.com
Envelope ID: 59990841
Status as of 12/14/2021 11:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Tilton | | btilton@tiltonlawfirm.com | 12/14/2021 9:00:01 AM | SENT |
| Jackie Manriquez | | jmanriquez@tiltonlawfirm.com | 12/14/2021 9:00:01 AM | SENT |
| Jessica Razo | | jrazo@tiltonlawfirm.com | 12/14/2021 9:00:01 AM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 10, 2022

Certified Document Number:        99412262 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/3/2022 8:57 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 60454667
By: Adiliani Solis
Filed: 1/3/2022 8:57 PM

CAUSE NO. 2021-28199

| | | |
|---|---|---|
| BERTHA F. OROSCO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| THE TJX COMPANIES, INC. D/B/A | § | |
| MARSHALLS | § | 165TH JUDICIAL DISTRICT |

## ORIGINAL ANSWER OF DEFENDANT MARMAXX OPERATING CORP., INCORRECTLY NAMED AS THE TJX COMPANIES, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, MARMAXX OPERATING CORP., ("MARMAXX") Incorrectly Named as The TJX Companies, Inc. d/b/a Marshalls in the above-entitled and numbered cause, files this Original Answer to Plaintiff's First Amended Petition and all subsequent supplemental and/or amended petitions, and would respectfully show unto the Court and Jury as follows:

## I.
## GENERAL DENIAL

1.1     Defendant MARMAXX  asserts a general denial as is authorized by  Rule 92 of the Texas Rules of Civil Procedure, and Defendant respectfully requests that Plaintiff be required to prove the charges and allegations against Defendant as is required by the Constitution and laws of the State of Texas.

1.2     Defendant further reserves the right to amend this answer at a future date in accordance with the Texas Rules of Civil Procedure.

## II.
## AFFIRMATIVE DEFENSES

By way of further defense, if such be necessary, Defendant asserts the following:

2.1     Defendant invokes the comparative and proportionate responsibility provisions of

Certified Document Number: 99669175 - Page 1 of 5

the Texas Civil Practice & Remedies Code, § 33.001, *et. seq.*

2.2     Defendant would show that, at the time and on the occasion in question, Plaintiff and/or others beyond this Defendant's control failed to use that degree of care and caution that would have been used by a person with ordinary prudence under the same or similar circumstances, and that such failure was alternatively a proximate cause or a producing cause or the sole proximate or the sole producing cause of the incident in question and any alleged injuries and damages stemming therefrom.

2.3     Defendant would show, in the unlikely event that any liability be found on the part of Defendant, such liability should be reduced by the percentage of the causation found to have resulted from the acts or omissions of any persons or third parties over whom Defendant has no control and for whom Defendant is not responsible, including, but not limited to, Plaintiff.

2.4     Defendant would show that Plaintiff's alleged injuries and damages were the result, in whole or in part, of a new and independent cause and/or intervening and superseding cause, which was not reasonably foreseeable by Defendant.

2.5     Plaintiff's recovery of medical expenses, if any, is limited and subject to the restrictions set forth by Section 41.0105 of the Texas Civil Practice and Remedies Code.

2.6     Plaintiff is not entitled to a recovery of damages for any medical condition and/or injury that resulted from a pre-existing and/or subsequent condition, or any other condition not proximately caused by the occurrence in question.

2.7     Plaintiff also is not entitled to a recovery of damages, if any, that she failed to mitigate.

2.8     Defendant would respectfully pray for all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law, including a

Certified Document Number: 99669175 - Page 2 of 5

reduction for amounts received from collateral sources or for any settlement Plaintiff may have entered with any other party.

2.9     Defendant would show that, pursuant to Section 18.091 of the Texas Civil Practice and Remedies Code, to the extent Plaintiff is seeking recovery for loss of earnings, lost wages, loss of earning capacity, and/or loss of contributions of a pecuniary value, Plaintiff must present evidence of the alleged loss in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law.

2.10     Defendant invokes all rights and limitations found in Chapter 41 of the Texas Civil Practice and Remedies Code, including the limitations on damage awards.

2.11     In the unlikely event that an adverse judgment would be rendered against it, Defendant would respectfully pray for all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law, including a reduction for amounts received from collateral sources or for any settlement Plaintiff may have entered with any other party.

### III.
### JURY DEMAND

3.1     Defendant respectfully demands a jury for the trial of this matter, and hereby tenders the jury fee.

### IV.
### DIRECTED COMMUNICATION

4.1     Forward all communications regarding this matter to Marshall G. Rosenberg at mrosenberg@hartlinebarger.com; Jane Haas at jhaas@hartlinebarger.com; Ilene Maley at imaley@hartlinebarger.com; and Catrina Edling at cedling@hartlinebarger.com. Failure to include all requested individuals referenced above in all communications, notices, and filings, shall

be deemed inadequate service.

WHEREFORE, PREMISES CONSIDERED, Defendant MARMAXX OPERATING CORP. prays that Plaintiff take nothing by reason of this suit, that Defendant be discharged, and that it go hence with its costs, and for all such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

HARTLINE BARGER LLP

*/s/ Jane Haas*

_____

Marshall G. Rosenberg
State Bar No. 12771450
mrosenberg@hartlinebarger.com
Jane Haas
State Bar No. 24032655
jhaas@hartlinebarger.com
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by the method(s) indicated on January 3, 2022

Jessica Razo
Tilton & Tilton LLP
3730 Kirby Dr., Suite 1020
Houston, Texas 77098
Via Email:  JRazo@tiltonlawfirm.com

*/s/ Jane Haas* _____
Jane Haas

Certified Document Number: 99669175 - Page 4 of 5

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Catrina Edling on behalf of Jane Haas
Bar No. 24032655
CEdling@hartlinebarger.com
Envelope ID: 60454667
Status as of 1/4/2022 8:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bradley W.Tilton | | btilton@tiltonlawfirm.com | 1/3/2022 8:57:27 PM | SENT |
| Jackie Manriquez | | jmanriquez@tiltonlawfirm.com | 1/3/2022 8:57:27 PM | SENT |
| Jessica Razo | | jrazo@tiltonlawfirm.com | 1/3/2022 8:57:27 PM | SENT |





I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 10, 2022

Certified Document Number:        99669175 Total Pages:  5

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**